IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITES STATES OF AMERICA,**

**Plaintiff,**

**v.**

**PATRICK THOMPSON,**

**Defendant.**                                              No. 09-30036-DRH

ORDER

**HERNDON, Chief Judge:**

      Before the Court is Defendant Patrick Thompson's First Motion to Continue (Doc. 20). Defendant states that the parties are currently engaged in plea negotiations and need additional time to conduct plea negotiations. Further, Defendant states that discovery is not complete, as the parties are waiting for the laboratory results concerning the controlled substance seized in this case. The Court, being fully advised in the premises, finds that Defendant needs additional time to conduct plea negotiations. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(7)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and Defendant Thompson in a speedy trial. Further, forcing the parties to trial on a case that appears to have great potential to resolve amicably would be a great miscarriage of justice.

      Therefore, the Court **GRANTS** Defendant Thompson's First motion to continue (Doc. 20) and **CONTINUES** the jury trial scheduled for June 29, 2009 until **August 31, 2009 at 9:00 a.m.** The time from the date Defendant's motion was

filed, May 27, 2009, until the date on which the trial is rescheduled, August 31, 2009, is excludable for the purposes of a speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 28th day of May, 2009.

/s/     *DavidRHerndon*

**Chief Judge**
**United States District Court**